UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

               -against-

Kwasi Kirton

                                 Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20  -CR-  00322

Defendant __Kwasi Kirton_____ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

___     Initial Appearance Before a Judicial Officer

_x_     Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___     Bail/Detention Hearing

___     Conference Before a Judicial Officer

_Kwasi Kirton_ by _Ben G_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

__Kwasi Kirton_____
Print Defendant's Name

_Ben G_____
Defendant's Counsel's Signature

__Benjamin Gold_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_7/6/2020_____
Date

_Judith C. McCarthy_____
U.S. District Judge/U.S. Magistrate Judge