UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
   UNITED STATES OF AMERICA          :

v.                                         :       **ORDER**

                                            :       20 CR 322 (PMH)
   **Kwasi Kirton** ,                     :
               Defendants.       :
-------------------------------------------------------------x

**An initial conference in this matter is scheduled for July 20, 2020, at 12:00 p.m.**
Because of the current public health emergency, the Court will conduct the conference by telephone conference call, provided that defendants, after consultation with counsel, waive their right to be physically present and consent to appear by telephone.

Accordingly, it is hereby ORDERED:

At the time of the scheduled hearing, all counsel and defendants shall attend by calling the following number and entering the access code when requested:

    **Dial-In Number**:    **(888) 398-2342**

    **Access Code:**    **3456831**

Dated: July 16, 2020
       White Plains, NY

                              SO ORDERED:

                            _____
                            Philip M. Halpern
                            United States District Judge