# UNITED STATES DISTRICT COURT

THE CHARLES L. BRIEANT, JR.
FEDERAL BUILDING AND UNITED STATES COURTHOUSE
3OO QUARROPAS ST.
WHITE PLAINS, NEW YORK 10601
914-390-4251

Chambers of
**Hon, Paul E. Davison**
United States Magistrate Judge

```
USDC SDNY
Document
Electronically Filed
Doc # _____
Date Filed: 11/19/20
```

United States District Court
Southern District of New York
-----------------------------------------------------------X

United States of America,

           Plaintiff            **SCHEDULING ORDER**

    -against-                    7:20-CR-00322-PMH

Kwasi Kirton
           Defendant
-----------------------------------------------------------X

TO ALL PARTIES:

The Court has scheduled a Bail Hearing for 11/25/2020 at 3:00 pm before Magistrate Judge Paul E. Davison. To access the conference, counsel should call 877-336-1839 and use access code 5999739. Members of the press and public may call the same number, but will not be permitted to speak during the conference.

Dated: November 19, 2020
       White Plains, New York

                                 SO ORDERED:

                                 s/     PED
                                 _____

                                 PAUL E. DAVISON
                                 United States Magistrate Judge