UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,                                          **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

           -against-

                                                                      20  -CR- 322    (PMH)

Kwasi Kirton

                                             Defendant(s).
-----------------------------------------------------------------X

Defendant _____Kwasi Kirton_____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or _x_ teleconferencing:

___    Initial Appearance Before a Judicial Officer

___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___    Bail/Detention Hearing

_x_    Conference Before a Judicial Officer


/S/ Kwasi Kirton by Joseph A. Vita, attorney        /S/ Joseph A. Vita
_____        _____
Defendant's Signature                                  Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
Kwasi Kirton                                                   Joseph A. Vita
_____        _____
Print Defendant's Name                                   Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 December 2, 2020                                       
_____                  _____
Date                                                       U.S. District Judge/U.S. Magistrate Judge