UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Kwasi Kirton

                Defendant(s).
------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

7:20-cr-322-PMH

Defendant Kwasi Kirton hereby voluntarily consents to participate in the following proceeding via ☐ videoconferencing or ☒ teleconferencing: ~~2/10/21~~ 2/17/2021 proceeding.

☐      Initial Appearance Before a Judicial Officer

☐      Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐      Guilty Plea/Change of Plea Hearing

x      Bail/Detention Hearing

x      Conference Before a Judicial Officer - Assignment of Counsel

_Kwasi Kirton by Joseph Vita attorney_
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
Kwasi Kirton

_____
Print Defendant's Name

_Joseph Vita_
_____
Defendant's Counsel's Signature

Joseph A. Vita

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/17/2021
_____
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~