U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*

> The deadlines set forth in the Court's Order dated 5/27/2021 (Doc. 55) concerning pre-trial submissions and trial are adjourned *sine die*. The Clerk of Court is respectfully requested to terminate the letter-motion (Doc. 63).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> July 29, 2021

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States* v. *Kwasi Kirton*
             20 Cr. 322

Dear Judge Halpern:

      The Government and the defense write jointly in response to the Court's order dated July 27, 2021, setting a status conference in this matter for August 12, 2021 at 2:30 p.m. and cancelling the final pretrial conference scheduled for August 19, 2021 at 3:00 p.m. (the "Order"). The parties seek clarification as to whether the August 23, 2021, trial date and the pre-trial deadlines set by the Court in this matter are being adjourned in light of the potential substitution of counsel. Given the soon-approaching trial date and the demands of trial preparation, including the burden on potential witnesses, the parties would be grateful for further direction from the Court.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        United States Attorney

             By: _____
                        Benjamin A. Gianforti
                        Assistant United States Attorney
                        (646) 856-5190

Cc: Joseph Vita, Esq., counsel for the defendant (by ECF & e-mail)