

**U.S. Department of Justice**

United States Attorney

> The conference will proceed as scheduled on August 12, 2021. The application for Mr. Gianforti to appear via telephone is granted; however, if a colleague can cover the in-person appearance, counsel shall advise the Court and defense counsel by e-mail to Chambers by 8/10/2021 of the name of counsel who will appear for the Government. If counsel intends to appear remotely, he is directed to contact my Courtroom Deputy to coordinate in advance of the conference. The Clerk of Court is requested to terminate the letter-motion (Doc. 65).
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>           July 30, 2021

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States* v. *Kwasi Kirton*
           20 Cr. 322

Dear Judge Halpern:

      The Government writes with respect to the recently scheduled status conference in this matter for August 12, 2021 at 2:30 p.m. I am unable to attend this conference in person due to a previously scheduled vacation. I am happy to join the conference telephonically, or to find a colleague to cover the conference, if the Court would prefer to move forward on August 12, 2021. Alternatively, I am available for an in-person conference on August 9 and 10, 2021, and at any point the week of August 16, 2021. I apologize for any inconvenience.

                      Respectfully submitted,

                      AUDREY STRAUSS
                      United States Attorney

        By: _____
              Benjamin A. Gianforti
              Assistant United States Attorney
              (646) 856-5190

Cc: Joseph Vita, Esq., counsel for the defendant (by ECF & e-mail)