**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*

> Application granted. Opposition due 10/5/2021; reply, if any, due 10/12/2021.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 22, 2021

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States* v. *Kwasi Kirton*
              20 Cr. 322

Dear Judge Halpern:

      The Government writes regarding the defendant's letter motion dated September 21, 2021. (Docket Entry 70). The Government respectfully requests two weeks to respond to the defendant's motion—that is, until October 5, 2021.

                                      Respectfully submitted,

                                      AUDREY STRAUSS
                                      United States Attorney

                        By: _____
                               Benjamin A. Gianforti
                               Assistant United States Attorney
                               (646) 856-5190

Cc: Howard Tanner, Esq., counsel for the defendant (by ECF & e-mail)