U.S. Department of Justice

United States Attorney
Southern District of New York

United States District Courthouse
300 Quarropas Street
White Plains, New York 10601

> Application granted.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 5, 2021

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: *United States* v. *Kwasi Kirton*
    20 Cr. 322

Dear Judge Halpern:

  The Government writes regarding the defendant's letter motion dated September 21, 2021. (Docket Entry 70). The Government's response is due today, October 5, 2021. The Government respectfully requests an extension until October 8, 2021 to file its response, and a corresponding extension of the defendant's deadline to file his reply to October 15, 2021. Mr. Tanner consents to this request.

            Respectfully submitted,

            AUDREY STRAUSS
            United States Attorney

     By: _____
        Benjamin A. Gianforti
        Assistant United States Attorney
        (646) 856-5190

Cc: Howard Tanner, Esq., counsel for the defendant (by ECF & e-mail)