AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

KWASI KIRTON

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 20 CR 322 (PMH)

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Philip M. Halpern — U.S.D.J.
Name of Judge — Title of Judge

12/15/2021
Date